# UNITED STATES DISTRICT COURT
for the
## Western District of Kentucky
## Louisville Division

| | |
|---|---|
| Linda M. Denney<br>    *Plaintiff*<br><br>v.<br><br>GLA Collection Co., Inc.<br>    Defendant<br>Serve:<br>    Michael L. Lynch<br>    2630 Gleeson Lane<br>    Louisville, KY 40299 | Case No.  3:16-CV-433-DJH |

## COMPLAINT and DEMAND FOR JURY TRIAL

### INTRODUCTION

1. This is an action brought by a consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 – 1692o ("FDCPA").

2. Defendant GLA Collection Co., Inc. ("GLA") violated the FDCPA by attempting to collect fees and/or usurious interest from Plaintiff Linda M. Denney that GLA had no legal right to collect from her.

### JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, FDCPA, 15 U.S.C. §1692k(d), and 15 U.S.C. § 1681p.

### PARTIES

4. Plaintiff Linda M. Denney is a citizen of the United States of America and of the Commonwealth of Kentucky residing in Hardin County, Kentucky. At all relevant times Ms. Denney was and is a "consumer" within the meaning of the FDCPA, 15 U.S.C. § 1692a(3).

5. GLA Collection Co., Inc. ("GLA") is a third-party debt collector whose principal office is located at 2630 Gleeson Ln., Louisville, KY 40299.

6. GLA regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined by 15 U.S.C. § 1692a(6).

## FACTS

11. On or about May 25, 2016, GLA sent Ms. Denney a dunning letter in an attempt to collect a debt from Ms. Denney that she allegedly owes to Southern Emergency Specialists ("Southern Emergency").

12. The Southern Emergency debt was a medical debt incurred for personal, family, or household purposes, which makes it a "debt" within the meaning of the FDCPA.

13. GLA's May 25th dunning letter included an "Account Itemization" for a GLA account with an account number ending in 7471.

14. Exhibit "A" is a true and accurate copy of the Account Itemization included in GLA's May 25, 2016 letter.

15. The Account Itemization for GLA account number ending in 7471 lists Southern Emergency Specialists as GLA's client and the original creditor for the debt.

16. GLA sent Ms. Denney the May 25, 2016 letter and Account Itemization for purposes of collecting the Southern Emergency debt from her.

17. The Account Itemization states that the Southern Emergency debt is subject to interest at the rate of 18% per annum:

```
                          ITEMIZATION CONTINUED

    SINGLE ACCOUNT: DENNEY , LINDA M                      MAY 25, 2016
                                                          DESK: 11
    -----------------------------------------------------------------------
         ACCOUNT #:      7471  CLIENT DEBTOR #:    3101485-662203
                                                          DESK: 11
    OUR CLIENT NAME:    SOUTH EMER MED SPEC -NEW
    FOR:                LINDA M DENNEY            * INTEREST AT: 18% FROM DATE OF SERVICE
    DATE OF REFERRAL: 02/18/14    DATE OF SERVICE: 09/16/13   DATE OF LAST PMT:

    AMOUNT REFERRED:        $       490.00
    PRINCIPAL BALANCE:      $       490.00
    ACCUMULATED INTEREST:   $         0.00
    OTHER CHARGES:          $         0.00
    COURT COSTS:            $         0.00
    ATTORNEY FEES:          $         0.00
    OTHER:                  $         0.00
  * INTEREST:               $       237.29

    ACCT BAL:               $       727.29
```

Exhibit "A."

18. Upon information and belief, the 18% that GLA accrued on the Southern Emergency debt was pursuant to an unlawful and unenforceable interest-rate provision in a contract between Ms. Denney and Southern Emergency Specialists of Louisville. See *Grace v. LVNV Funding, Inc.*, 22 F. Supp. 3d 700, 706 (W.D. Ky. 2014) ("In view of these considerations and the broad scope of KRS § 360.010, the Court finds that PEM should not be allowed to evade

Kentucky's general usury statute and collect more interest than it would automatically be entitled under the statute simply because of its own craftily-worded contract.")

19. GLA misrepresented the amount and legal status of the Southern Emergency debt in the Account Itemization by providing that the debt was subject to 18% interest per annum.

20. GLA attempted to collect unlawful and usurious interest from Ms. Denney in connection with the Southern Emergency debt.

## CLAIMS FOR RELIEF

### Violations of the Fair Debt Collection Practices Act

21. The above-described actions by GLA Collection Co., Inc. constitute violations of the Fair Debt Collection Practices Act.

22. Defendant GLA Collection Co., Inc.'s violations of the FDCPA include, but are not limited to, the following:

(a) Violation of 15 U.S.C. § 1692f(1): GLA attempted to collect an amount on a debt that is not permitted by contract or law by, including but not limited to, attempting to collect unlawful and usurious interest from Ms. Denney;

(b) Violation of 15 U.S.C. § 1692e(2)(A): GLA falsely represented the character, amount, and/or legal status of the debt by, including but not limited to, adding an unlawful interest on the balance due on the Southern Emergency debt to in the Account Itemization; and

(c) Violation of 15 U.S.C. § 1692e(5): GLA threatened to take [an] action that cannot legally be taken" in violation of the FDCPA by, including but not limited to attempting to recover usurious interest from Ms. Denney that it had no legal right to collect, thereby threatening to take an action to collect a debt that cannot be legally taken.

WHEREFORE, Plaintiff requests that the Court grant the following relief in her favor and against Defendant GLA Collection Co., Inc.

1. The maximum amount of statutory damages provided under 15 U.S.C. §1692k;

2. Attorney's fees, litigation expenses and costs;

3. A trial by jury; and

4.     Such other and further relief as is appropriate.

>Respectfully Submitted,
>
>/s/ James H. Lawson
>**James H. Lawson**
>*Lawson at Law, PLLC*
>115 S. Sherrin Avenue
>Suite #4
>Louisville, KY 40207
>Tel:   (502) 473-6525
>Fax:   (502) 473-6561
>james@kyconsumerlaw.com